## MOTION AND PROCEDURAL RULINGS

**2009–0444.   [State ex rel.] Johnson v. Ward.**
In Mandamus. On amended renewed motion to vacate dismissal and to reinstate the appeal and request for hearing. Motion and request denied.

**2010–0261.   State ex rel. Carr v. Croft.**
In Mandamus. On motion for findings of facts and conclusion of law. Motion denied.

**2010–0438.   State ex rel. Eshleman v. Fornshell.**
In Prohibition and Mandamus. On motion for attorney's fees. Motion denied.

**2010–0523.   State ex rel. Bradley v. Buckeye Local School Dist. Bd. of Edn.**
In Mandamus. On complaint in mandamus of Michael Bradley. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

**2010–0526.   Buckingham, Doolittle & Burroughs, L.L.P. v. Healthcare Imaging Solutions, L.L.C.**
Summit App. No. 24699, 2010-Ohio-418. On motion to stay execution of judgment pending appeal. Motion denied.

BROWN, C.J., and O'DONNELL, J., dissent and would grant the motion conditioned upon bond.

**2010–0678.   State v. Deresse.**
Licking App. No. 09 CA 11, 2009-Ohio-6725. On motion for leave to file delayed appeal. Motion denied.

BROWN, C.J., and PFEIFER, J., dissent.

**2010–0682.   State v. Baldwin.**
Hamilton App. No. C-081237, 2009-Ohio-5348. On motion for leave to file delayed appeal. Motion denied.

BROWN, C.J., dissents.

**2010–0684.   State v. Doliboa.**
Warren App. No. CA2007–07–088, 2008-Ohio-5297. On motion for leave to file delayed appeal. Motion denied.

BROWN, C.J., dissents.

**2010–0697.   State v. Triplett.**
Lucas App. No. L–04–1135, 2006-Ohio-5465. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2010–0703.   State v. Frashuer.**
Summit App. No. 24769, 2010-Ohio-634. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and LANZINGER, JJ., dissent.

**2010–0718.   State v. Pinkney.**
Cuyahoga App. No. 91861, 2010-Ohio-237. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2010–0733.   State v. White.**
Stark App. No. 2009 CA 00053, 2009-Ohio-4151. On motion for leave to file delayed appeal. Motion denied.

BROWN, C.J., dissents.

**2010–0742.   State v. Houston.**
Montgomery App. No. 22755, 2009-Ohio-2179. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.